**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SHADRACK POYON NEYOR,  :  | **C L O S E D** |
| : | Civil Action |
| Plaintiff,  : | No. 07-826 (DRD) |
| : | |
| v.  : | **O R D E R** |
| SCOTT WEBER, et al.,  : | |
| : | |
| Defendants.  : | |

For the reasons set forth in the Court's Opinion filed herewith,

**IT IS on this 26th day of February, 2007, hereby ORDERED** that Plaintiff's application to proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b) is hereby granted; and it is further

**ORDERED** that the Clerk of the Court is to file the complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the Court's Opinion filed herewith by regular mail on Plaintiff; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the warden of the place of Plaintiff's confinement; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and

shall pay the entire filing fee pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that an initial partial filing fee shall be deducted and, until the $350.00 filing fee is paid, in each succeeding month during which the amount in Plaintiff's account exceeds $10.00, the agency having custody of him shall assess, deduct from his account, and forward to the Clerk of the Court payments equal to 20% of the preceding month's income credited to his account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall be referenced to the civil docket number of this action; and it is further

**ORDERED** that Plaintiff's complaint in this action is dismissed with prejudice; and it is finally

**ORDERED** that the Clerk shall close the Court's file for this action.

                                                  /s/ Dickinson R. Debevoise
                                                        **DICKINSON R. DEBEVOISE**
                                               **United States District Judge**